# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2985
LT Case No. 1999-CF-037438-A

_____

LAMAR JAY FULLMER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

LaMar J. Fullmer, East Palatka, pro se.

Ashley Moody, Attorney General, Tallahassee, Bonnie Jean
Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.

October 3, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____